Case 07-08003   Document 16   Filed in TXSB on 04/12/2007   Page 3 of 3

United States Courts
Southern District of Texas
ENTERED

APR 1 2 2007

Michael N. Milby, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RICHARD EDMUND SURGENT, | § § § | Case No. 03-80806-G3-7 |
| Debtor. | § | |
| ROBBYE R. WALDRON, TRUSTEE | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary Proceeding No., 07.-8003 |
| U.S. AMERICAN RESOURCES, INC. AND JOHN D. OWEN, | § § § § | |
| Defendants. | § | |

## ORDER

The Court has considered Defendants U.S. American Resources, Inc. and John Owen's **AGREED MOTION TO ATTEND HEARING VIA TELEPHONE** and it is GRANTED.

Signed this ___12___ day of ___April___, 2007.

The Honorable Letitia Z. Clark,
UNITED STATES BANKRUPTCY JUDGE

F:\7319.01\Surgent Waldron US Bankruptcy\Pleadings\Order on Telephone conference.doc

ORDER                                                                                        SOLO PAGE

