

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
11/08/2007

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHARD EDMUND SURGENT, | § | Case No. 03-80806-G3-7 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| ROBBYE R. WALDRON, TRUSTEE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary Proceeding No., 07.-8003 |
| | § | |
| U.S. AMERICAN RESOURCES, INC. | § | |
| AND JOHN D. OWEN, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The Court has considered Defendants U.S. American Resources, Inc. and John Owen's **EMERGENCY MOTION TO ATTEND HEARING VIA TELEPHONE** and it is DENIED.

DATED:  November 6, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

#37